AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Utah

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JAN 21 2016

D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Cellular Devices IMEI Numbers 99000335801233, 356567058070358, 990004900691100, & 013899-00-070403-1 at 348 E S Temple, SLC UT

)
)
)
)
)
)

Case No. 2:16mj43 BCW

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the   Central Division   District of   Utah   , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Distribution and Possession with Intent to Distribute a Controlled Substance |

The application is based on these facts:
See Affidavit

☐ Continued on the attached sheet.
☑ Delayed notice of   30   days (give exact ending date if more than 30 days:   02/24/2016   ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Michael Martinez, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/21/2016

_____
*Judge's signature*

City and state: Salt Lake City, Utah

Brooke C. Wells, United States Magistrate Judge
*Printed name and title*